# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV391

| | |
|---|---|
| TORREY S. TELLEFSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| SHERIFF McDIVITT of the Burke County ) | |
| Sheriff's Office; INSPECTOR (CAPTAIN) ) | |
| DANIEL, SGT. LOWDERMILK, and ) | |
| OFFICER BELANGER of the Morganton ) | |
| Police Department, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's motion for reconsideration of the Order denying Plaintiff's application to proceed without the prepayment of fees.

The Court has completed a review of the Plaintiff's motion and finds nothing therein to warrant a change in the Court's previous order.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion to reconsider is hereby **DENIED**. Payment of the filing fee must be received

by the Clerk of Court on or before February 17, 2006, or this matter will be summarily dismissed.

Signed: February 10, 2006

Lacy H. Thornburg
United States District Judge