# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:05CV391

| | |
|---|---|
| TORREY S. TELLEFSEN, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>SHERIFF McDIVITT of the Burke County )<br>Sheriff's Office; INSPECTOR (CAPTAIN) )<br>DANIEL, SGT. LOWDERMILK, and )<br>OFFICER BELANGER of the Morganton )<br>Police Department, )<br>)<br>Defendants. )<br>_____) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court for dismissal for the nonpayment of the required filing fees.

By Order filed February 10, 2006, this Court denied the Plaintiff's motion for reconsideration of his request to proceed *in forma pauperis* and directed that he pay the required filing fees in this action by February 17, 2006, or the matter would be summarily dismissed. The Plaintiff has failed to pay the required fees.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **DISMISSED**.

Signed: February 23, 2006

Lacy H. Thornburg
United States District Judge